**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Adolfo Peraza　　　　　　　　　　　Case No.: 18-15374-LMI
　　　　Aylen Peraza　　　　　　　　　　　　Chapter 13
　　　　　　Debtor(s)　　/

**APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES**
**OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR**

Applicant, <u>Jose A. Blanco, Esq. from the Law Offices of Jose A. Blanco, P.A.</u>, was retained by the debtor to serve in this bankruptcy case as attorney for debtor. A copy of the retainer agreement is attached as Exhibit "A". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Total Fees Requested: | $ <u>  4,425.00  </u> |
| Total Expenses to be Reimbursed: | $ <u>  0.00  </u> |
| Amount Received To-Date:<br>**(exclusive of filing fees)** | $ <u>  1,500.00  </u> |
| Amount to be Paid through Plan: | $ <u>  2,925.00  </u> |

1. The amount requested, if allowed, will be paid in full after <u> 50 </u> monthly payments under the plan; which have already been paid since the plan is now complete.

2. A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B" for the period from February 12, 2018 to September 12, 2023.

3. Applicant estimates that an additional <u>   n/a   </u> hours will be required to be expended in providing legal services on behalf of the debtor(s) described below: <u>  n/a.  </u>

4. The following is a short statement of any unusual, troublesome or unique

Initials: _____
Page 1 of 4

LF-69 (rev. 12/01/09)

aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:

Debtor and counsel had detailed conversations regarding the various trustee's deficiency for confirmation requests. The Office had multiple requests to obtain documentation from the Debtor. The Debtors had multiple vehicles and vessels and a motion to value was filed on one of them.

5. The source of compensation previously paid to applicant was the initial retainer paid by the Debtor.

6. Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm. (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

**WHEREFORE**, Jose A. Blanco, Esq. of Jose A. Blanco, P.A. respectfully requests that this court enter an order awarding the attorney's fees requested in this application and for any other relief deemed just and proper in the circumstances.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**DATED:** August 16, 2023

> Respectfully Submitted:
>
> **JOSE A. BLANCO, P.A.**
> Attorney for Debtor(s)
> 102 E 49th ST
> Hialeah, FL 33013
> Tel.:   (305) 349-3463
> Fax:   (786) 567-5057
> By: /s/ Jose A. Blanco | FBN: 062449

Initials: _____
Page 2 of 4

LF-69 (rev. 12/01/09)