

ORDERED in the Southern District of Florida on September 26, 2023.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:  Adolfo Peraza                                      Case No.: 18-15374-LMI
           Aylen Peraza                                       Chapter 13
                  Debtor(s)          /

### ORDER GRANTING APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

**THIS APPLICATION** came to be heard on the Court's consent calendar on _September 12, 2023 at 9:00 AM_ upon the Debtors' Counsel's Application for Compensation for Professional Services or Reimbursement of Expenses (herein the "Application") [ECF#53], and based upon the record, it is
**ORDERED**:
1.  The Debtor's Counsel, Jose A. Blanco, Esq. of Jose A. Blanco, P.A., is awarded the sum of $4,425 in attorney's fees and costs in the amount of $0.00 for a total of $4,425 for the period sought in the Application. The balance due of $4,425 is to be paid pursuant to the Debtor's Chapter 13 Plan; which has already been paid since the plan is now complete.

# # #

Respectfully Submitted By:
**JOSE A. BLANCO, P.A.**
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013
Tel.: (305) 349-3463
Fax: (786) 567-5057
By: Jose A. Blanco | FBN: 062449

Jose A. Blanco, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.

LF-69 (rev. 12/01/09)